JOHN J. SIMPSON, JR., Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Simpson* v. *Brooklyn Heights R. R. Co.,* 14 Misc. Rep. 645, affirmed.
(Argued October 6, 1898; decided October 25, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered October 30, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Thomas L. Hughes* and *Charles A. Collin* for appellant.

*Frederick E. Crane* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not voting.

---

THE UNITED STATES LIFE INSURANCE COMPANY in the City of New York, Appellant, *v.* CHARLES SALMON et al., Respondents.

*United States L. Ins. Co.* v. *Salmon,* 91 Hun, 535, affirmed.
(Argued October 6, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered December 24, 1895, affirming a judgment in favor of defendants entered upon the report of a referee.

*Oliver P. Buel* for appellant.

*J. B. M. Stephens* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except O'BRIEN and HAIGHT, JJ., not voting.